Before STATE INDUSTRIAL BOARD, Respondent. MARGARET MULLIGAN, Respondent, v. DAVIS TURNER & COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

LOUIS NOLETTE, Respondent, v. THOMAS F. BLALOCH, Appellant, and Others. WILLIAM V. NOLETTE, an Infant, by LOUIS NOLETTE, His Guardian ad Litem, Respondent, v. THOMAS F. BLALOCH, Appellant, and Others.— Motion granted, with ten dollars costs.

JULIUS PENNACHIO, as Administrator, etc., of HENRY PENNACHIO, Deceased, Appellant, v. JERSEY ICE CREAM Co., INC., Respondent.— Judgment is modified to read as follows: " The issues in the above-entitled matter having duly come to trial at a Trial Term of Supreme Court before Hon. Edward M. Angell, a Justice of the Supreme Court, at Schenectady, N. Y., on the 10th and 11th days of March, 1925, and a jury having failed to agree and the court thereupon having directed a verdict in favor of the defendant, and the jury having so found, Now, on motion of Borst & Smith, attorneys for the defendant herein, it is Ordered and adjudged that the complaint herein be dismissed, with costs to the defendant in the sum of fifty-five dollars, and that the defendant have execution therefor." As so modified the judgment and order are unanimously affirmed, without costs.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ADELPHI HOMES CO.. INC., and Another, Respondents.— Order and judgment unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK v. LEON E. DE PUE.— Motion granted, without costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BANNER LAND Co., INC., Relator, v. STATE TAX COMMISSION, Respondent.— Motion denied, without costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUDOLPH H. LEE, as Surviving Executor, etc., of GEORGE C. LEE, Deceased, Relator, v. JOHN F. GILCHRIST and Others, as and Composing the State Tax Commission, Defendants.— Motion denied, with ten dollars costs.